IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROOSEVELT SIMMONS, | : | No. 3:16cv1083 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| WARDEN C. MAIORANA, ET AL., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this _____ day of September 2019, we have before us for disposition Magistrate Judge William I. Arbuckle's report and recommendation, which proposes the dismissal of plaintiff's civil rights complaint. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 30) is **ADOPTED**;
2) The plaintiff's complaint (Doc. 1) is **DISMISSED** without further leave to amend pursuant to Rule 41(b) of the Federal Rules of Civil Procedure;
3) Additionally defendants' motion to dismiss (Doc. 20) is **GRANTED**; and
4) The Clerk of Court is directed to close this case.

**BY THE COURT:**

_____
JUDGE JAMES M. MUNLEY
United States District Court